ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Phoenix Management, Inc. | ) ASBCA No. 63400-ADR |
| | ) |
| Under Contract No. FA4654-18-C-0005 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
                                                                    Kristin E. Zachman, Esq.
                                                                     Cokinos-Young
                                                                     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
                                                                     Air Force Deputy Chief Trial Attorney
                                                                    Lt Col Keric D. Clanahan, USAF
                                                                    Maj Roza Sheffield, USAF
                                                                     Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $625,700.40. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: July 5, 2023

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         J. REID PROUTY
Administrative Judge                         Administrative Judge
Acting Chairman                              Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                          of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63400-ADR, Appeal of
Phoenix Management, Inc., rendered in conformance with the Board's Charter.

        Dated:  July 6, 2023


                                             PAULLA K. GATES-LEWIS
                                             Recorder, Armed Services
                                             Board of Contract Appeals

2